UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS S. THOMPSON,

                Plaintiff,

v.

CATHY A. CATTERSON, et al.,

                Defendants.

No. C07-985Z

ORDER

The Court, having reviewed plaintiff's civil rights complaint brought pursuant to 42 U.S.C. § 1983, plaintiff's response to an order to show cause why this case should not be dismissed as frivolous, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the objections thereto, and the remaining record, does hereby FIND and ORDER:

    (1)    The Court ADOPTS the Report and Recommendation, docket no. 7;[1]

    (2)    Plaintiff's motion, docket no. 9, for leave to amend his complaint to add unrelated claims and parties is DENIED;

---

[1] The Court notes that, since entry of the Report and Recommendation, plaintiff has been granted leave to proceed in forma pauperis in the appeal at issue (*Thompson v. O'Toole*, Ninth Circuit Case No. 07-35655, on appeal from Case No. C05-2064-JLR-MLB). Thus, the gravamen of plaintiff's claim now appears to be moot.

ORDER   1–

(3) Plaintiff's complaint and this case are DISMISSED with prejudice;

(4) The Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Theiler.

IT IS SO ORDERED.

DATED this 19th day of October, 2007.

*[signature: Thomas S. Zilly]*
Thomas S. Zilly
United States District Judge

ORDER  2–